United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 27, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-11102
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICKY DONNELL PRICE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:92-CR-63-1
--------------------

Before REAVLEY, GARZA and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Ricky Donnell Price appeals from the judgment of the
district court revoking his four concurrent terms of supervised
release, imposing new terms of imprisonment, and imposing new
terms of supervised release.  Price contends that the district
court lacked authority under FED. R. CRIM. P. 35 to correct the
judgment sua sponte.  Price challenges the correction of the
judgment to reduce his terms of imprisonment on two counts from
24 months to 23 months and his terms of supervised release from
24 months to 13 months.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court's corrected judgment imposed a legally correct sentence following the revocation of supervised release. See Johnson v. United States, 529 U.S. 694, 705-07, 712-13 (2000).  Moreover, the corrected judgment benefitted Price by reducing his sentence on the two counts at issue in this appeal. Any possible error by the district court in correcting the judgment was harmless.  See United States v. Munoz, 150 F.3d 401, 412-13 (5th Cir. 1998).

AFFIRMED.